Donald W. Powell – State Bar No. 3238
**CARMICHAEL & POWELL, P.C.**
7301 North 16th Street, Ste. 103
Phoenix, Arizona 85020-5297
Phone: (602) 861-0777
Atty. Email: d.powell@cplawfirm.com

Attorneys for SURGEON'S MANAGEMENT, INC.

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>BARETT J. HUFFMYER<br>CAMERON N. HUFFMYER,<br><br>Debtors. | No. 2-09-16419-EPB<br><br>CHAPTER 7<br><br>OBJECTION TO APPLICATION FOR ORDER FOR PAYMENT OF UNCLAIMED FUNDS TO THE U.S. BANKRUPTCY COURT |

COMES NOW SURGEON'S MANAGEMENT, INC., by and through its attorney undersigned, and herein objects to the Application for Order for Payment of Unclaimed Funds to the U.S. Bankruptcy Court ("Application") as it relates to SURGEON'S MANAGEMENT, INC. ("SMI"). A check was mailed to the attorneys for SMI in the amount of $10,380.57. Such check was forwarded to the attorney for SMI in Texas, the contact person for SMI. Such check, and the applicable correspondence, were ultimately returned by the United States Postal Service as "Not Deliverable as Addressed, Unable to Forward".

- 2 -

Pursuant to contact with the State Bar of Texas, a new address has been located for said attorney for SMI in Texas. Such check of $10,380.57 has been forwarded to the attorney, but it appears the check will not be honored as the time to deposit the check set forth by the Trustee has expired.

It is thus requested that the Application be denied as to SMI and the Trustee agree to honor said check upon presentation or reissue the check. It is further requested a hearing be scheduled concerning the Application.

RESPECTFULLY SUBMITTED this 7th day of January, 2015.

CARMICHAEL & POWELL, P.C.

By _____
Donald W. Powell
7301 North 16th Street, #103
Phoenix, Arizona 85020
Attorneys for Debtors

COPY of the foregoing mailed this
7th day of January, 2015, to:

David A. Birdsell
216 N. Center St.
Mesa, Arizona 85201
Trustee

_____