DAVID A. BIRDSELL
Chapter 7 Trustee
216 N CENTER ST
MESA, AZ 85201
(480) 644-1080

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re: | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| HUFFMYER, BARETT J. | ) | CASE NO. 09-16419-EPB |
| HUFFMYER, CAMERON N. | ) | |
| | ) | |
| | ) | AMENDED APPLICATION FOR ORDER |
| Debtor(s) | ) | FOR PAYMENT OF UNCLAIMED |
| | ) | FUNDS U.S. BANKRUPTCY COURT |

DAVID A. BIRDSELL, Trustee, reports that the following dividend checks have been issued and not presented for payment, have been returned to the Trustee by the United States Postal Service as "undeliverable" or "unable to forward." Applicaiton has been amended to correct creditor adress below.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 1003 | 10/06/14 | LTD CRESTCOM INTERNATIONAL<br>6900 E. BELLEVIEW AVE., SUITE 300<br>GREENWOOD VILLAGE, CO 80111 | $2,988.47 |
| 1011 | 10/06/14 | CLAIM #9<br>SURGEON'S MANAGEMENT, INC.<br>c/o Joel F. Newell, Esq.<br>Carmichael & Powell, P.C.<br>7301 N. 16th Street<br>Suite 103<br>Phoenix, AZ 85020 | $10,380.57 |

*July 27th, 2015*         */s/ David A. Birdsell*
    DATE                          David A. Birdsell, Trustee